1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JORGE GARRIDO,                              No.  2:22-cv-1374 KJN P

12                  Petitioner,

13        v.                                     ORDER

14   WARDEN,

15                  Respondent.

16

17        Petitioner, a federal prisoner proceeding pro se, has filed an application for a writ of

18   habeas corpus pursuant to 28 U.S.C. § 2241.

19        Petitioner alleges that the Bureau of Prisons failed to award him credits under the First

20   Step Act.  Petitioner is incarcerated in the Federal Correctional Institution-Mendota, which is

21   located in the Fresno Division of this court.  Petitioner was convicted in the United States District

22   Court, Southern District of Florida.

23        In cases in which the petition is directed to the manner in which a sentence is executed,

24   i.e., if it involves parole or time credit claims, the district of confinement is the preferable forum.

25   See Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989) (proper forum for federal inmate to

26   challenge execution of sentence is district where petitioner confined).  Petitioner challenges the

27   execution of his sentence.  Therefore, venue is proper in the Fresno Division of this court.

28   ////

1    Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

2    division of a court may, on the court's own motion, be transferred to the proper division of the

3    court.  Therefore, this action will be transferred to the Fresno Division of the court.

4    Good cause appearing, IT IS HEREBY ORDERED that:

5    1.  This action is transferred to the United States District Court for the Eastern

6    District of California sitting in Fresno; and

7    2.  All future filings shall reference the new Fresno case number assigned and shall

8    be filed at:

9    United States District Court
     Eastern District of California
     2500 Tulare Street
10   Fresno, CA 93721

11

12   Dated:  August 10, 2022

13

14   KENDALL J. NEWMAN
     UNITED STATES MAGISTRATE JUDGE

15

16

17   Garr1374.108

18

19

20

21

22

23

24

25

26

27

28

2